UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE KUPERMAN,

                       Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; RONALD JAMES,

                       Defendants.

20-CV-6834 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, United States District Judge:

      In light of the pending motion(s), the final pretrial conference scheduled for April 28, 2023, is rescheduled to **October 20, 2023, at 10:00 a.m.** in Courtroom 17C.

      SO ORDERED.

Dated: New York, New York
       April 19, 2023

                                                       /s/  Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  United States District Chief Judge