UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOSHE KUPERMAN,<br><br>          Plaintiff,<br><br> -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; RONALD JAMES,<br><br>          Defendants. | 20-CV-6834 (LTS)<br><br>ORDER |

Laura Taylor Swain, United States District Judge:

  In light of the pending motion(s), the final pretrial conference scheduled for October 20, 2023, is rescheduled to **January 19, 2024, at 10:00 a.m.** in Courtroom 17C.

  SO ORDERED.

Dated: New York, New York
    October 11, 2023

                     /s/ Laura Taylor Swain
                     LAURA TAYLOR SWAIN
                     United States District Chief Judge