UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOSHE KUPERMAN,

                        Plaintiff,

-against-                                    20-CV-6834 (LTS)

NEW YORK CITY DEPARTMENT OF             ORDER
EDUCATION; RONALD JAMES,

                        Defendants.

---

In light of the pending motion(s), the final pretrial conference scheduled for January 19, 2024, is rescheduled to **April 19, 2024, at 10:00 a.m.** in Courtroom 17C.

SO ORDERED.

Dated: New York, New York
         January 12, 2024

                                                       /s/ Laura Taylor Swain
                                                       LAURA TAYLOR SWAIN
                                                       Chief United States District Judge