# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
MOSHE KUPERMAN,

                              Plaintiff,

        -against-                                          20 **CIVIL** 6834 (LTS)(VF)

## **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION and RONALD JAMES,

                              Defendants.
-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order dated July 11, 2024, Defendants' motion for summary judgment is granted in its entirety. Judgment is entered dismissing Plaintiff's federal law claims and declining to exercise jurisdiction of Plaintiff's state and local law claims; accordingly, the case is closed.

**Dated:** New York, New York

       July 11, 2024

                                                                     **DANIEL ORTIZ**
                                                             **Acting Clerk of Court**

                                   **BY:**     *K. Mango*

                                                                 **Deputy Clerk**